UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARY PICKERING, as Administratrix : **Addendum to**
of the Estate of CHARMENE : **Protective Order**
PICKERING, Deceased, :
: 03 Civ. 5654 (AR) (MDG)
                Plaintiff, :
:
    - against - :
:
SAMUEL MERCADO, :
:
                Defendant. :
----------------------------------------X

      By the Stipulation and Protective Order approved by the Court on October 6, 2004 ("the Protective Order"), the parties, through their respective counsel, have stipulated and agreed that access to and use of certain information, designated as "Confidential Information" therein, would be restricted in connection with the above-captioned litigation. See Protective Order, annexed hereto at Tab No. 1.

      By this Addendum to the Protective Order, the parties expressly incorporate into the definition of said "Confidential Information" the materials produced by defendant to plaintiff in answer to the plaintiff's January 11, 2005 document request for use by plaintiff's liability expert (hereinafter "liability expert production").

Accordingly, the parties hereby stipulate and agree that the provisions of the Protective Order govern the access to and use of the liability expert production.

Dated: New York, New York
       March 24, 2005

By: _____
    James Ross (JR 0546)
    Arthur Hill (AH 5037)
    ROSS & HILL
    Attorney for Plaintiff
    16 Court Street
    Suite 2403
    Brooklyn, New York 11241
    (718) 450-4000

By: _____
    Susan H. Odessky (SO 6083)
    Jennifer Johnson (JJ 0340)
    ELIOT SPITZER
    Attorney General of the
     State of New York
    Attorney for Defendant
    120 Broadway
    New York, New York 10271
    (212) 416-8572/6211

SO ORDERED.

~~Hon. Allyne R. Ross~~ Marilyn D. Go
United States ~~District~~ Judge
Magistrate

-2-