UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MARY PICKERING, as Administratrix of the Estate of
Charmene Pickering,

                            Plaintiff,

    -against-

SAMUEL MERCADO,

                            Defendant.     X

------------------------------------------------------------------

03 CV 5654 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

By letter dated July 6, 2005, defendant requested permission to bring a motion for summary judgment. The court directs that defendant's motion shall be briefed according to the following schedule: the motion and supporting papers, if any, shall be served no later than August 19, 2005; plaintiff's response and supporting papers, if any, shall be served no later than September 2, 2005; and defendant's reply, if any, shall be served no later than September 9, 2005. The fully briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than September 9, 2005. This schedule may be altered only with the permission of the Court.

1

SO ORDERED.

/s/ Allyne R. Ross
United States District Judge

Dated: July 22, 2005
Brooklyn, New York

SERVICE LIST:

<div style="margin-left: 2em;">

**Attorney for Plaintiff**
James F. Ross
Ross & Hill
16 Court Street
Suite 2403
Brooklyn, NY 11241

**Attorney for Defendant**
Susan Hull Odessky
NYS Office of the Attorney General
120 Broadway
New York, NY 10271

Jennifer L. Johnson
New York State Attorney General
120 Broadway
New York, NY 10271

</div>