UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARY PICKERING, as Administratix of the Estate of      JUDGMENT
CHARMENE PICKERING, deceased      03-CV- 5654 (ARR)

                          Plaintiff,

-against-

SAMUEL MERCADO,

                          Defendant.
----------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 17, 2006, granting defendant's motion for summary judgment in its entirety; dismissing the plaintiff's negligence and wrongful death claims without prejudice; and dismissing plaintiff's action; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted in its entirety; that the plaintiff's negligence and wrongful death claims are dismissed without prejudice; and that plaintiff's action is dismissed.


Dated: Brooklyn, New York
        April 18, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court